HENRY STEEL V. THE STATE.

No. 11711.   Delivered April 18, 1928.

**Assault to Murder—Statement of Facts—Must Be Filed in Trial Court.**

Where the statement of facts has no certificate showing the approval of the trial judge it cannot be considered on appeal. To warrant the consideration of the statement of facts, the approval of the trial judge is imperative. See Vernon's Ann. Tex. C. C. P., 1925, Vol. 3, Art. 760, p. 103, note 24; Barnes v. State, 102 Tex. Crim. Rep. 155, and Boles v. State, 102 Tex. Crim. Rep. 634.

Appeal from the District Court of Potter County. Tried below before the Hon. Henry S. Bishop, Judge.

Appeal from a conviction for an assault with intent to murder, penalty eight years in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MORROW, PRESIDING JUDGE. — The offense is assault with intent to murder, penalty fixed at confinement in the penitentiary for a period of eight years.

The record is void of bills of exceptions. Among the papers is found a document denominated a statement of facts. It bears no certificate showing the approval of the trial judge. To warrant the consideration of the statement of facts, the approval of the trial judge is imperative. See Vernon's Ann. Tex. C. C. P., 1925, Vol. 3, Art. 760, p. 103, note 24; also Barnes v. State, 102 Tex. Crim. Rep. 155; Boles v. State, 102 Tex. Crim. Rep. 634.

Perceiving no error in the record presented for review, the judgment is affirmed.

*Affirmed.*